■ JENNIFER WOWKOWYCH, Respondent, v ONEBEACON INSURANCE GROUP, Appellant. [858 NYS2d 645]—Appeal from an order of the Supreme Court, Monroe County (William P. Polito, J.), entered July 9, 2007 in an action pursuant to Insurance Law § 3420. The order denied defendant's motion for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Smith, Green and Pine, JJ.

■ JUNE ANDERSON, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 98730.) (Appeal No. 2.) [858 NYS2d 615]—Appeal from an order of the Court of Claims (Nicholas V. Midey, Jr., J.), entered December 10, 2007 in a personal injury action. The order, upon stipulation of the parties, directed the entry of a structured judgment pursuant to CPLR article 50-A.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see generally Karagiannis v New York State Thruway Auth.*, 209 AD2d 995 [1994]). Present—Hurlbutt, J.P., Martoche, Smith, Green and Pine, JJ.

■ JUNE ANDERSON, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 98730.) (Appeal No. 3.) [858 NYS2d 645]—Appeal from a judgment of the Court of Claims (Nicholas V. Midey, Jr., J.), entered December 19, 2007 in a personal injury action. The judgment awarded claimant a structured judgment pursuant to CPLR article 50-A.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Smith, Green and Pine, JJ.